IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| PATRICK STACKHOUSE, ) | |
| ) | |
| Plaintiff, ) | |
| v.   ) | CASE NO. 2:05-cv-382-F |
| ) | |
| ANTHONY CLARK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on July 15, 2005 (Doc. #14), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that:

1. The motions for summary judgment filed by the defendants are GRANTED.

2. This case is DISMISSED with prejudice.

3. The costs of this proceeding are taxed against the plaintiff.

DONE this 10th day of August, 2005.

                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE